### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WILLIAM EVANS,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **vs.** ) | **CIVIL NO.  06-671-GPM** |
| ) | |
| **ILLINOIS DEPARTMENT OF** ) | |
| **CORRECTIONS, et al.,** ) | |
| ) | |
| **Respondents.** ) | |

## MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

Petitioner, an inmate in the Pinckneyville Correctional Center, brings this habeas corpus action pursuant to 28 U.S.C. § 2254.  Although the allegations are sketchy, it appears that he is challenging the validity of a disciplinary proceeding that resulted in the loss of good conduct credit.

The petition is not prepared on the forms provided in this district for such an action.  By not using this district's form, Petitioner neglected to provide any details regarding the disciplinary proceeding – when it occurred, what he was charged with, or what administrative remedies he sought following the pronouncement of his guilt and resulting punishment.  He also neglected to provide copies of the ticket, the Adjustment Committee Summary, or the final decision of the Administrative Review Board.  Consequently, he has failed to state a claim upon which relief may be granted, and the petition shall be dismissed without prejudice.  Should Petitioner wish to file an amended petition within the allotted time, it should be on this district's forms so as to guide him in providing all the necessary information.  Further, he shall attach copies of the relevant documents

listed above.

**IT IS HEREBY ORDERED** that the petition is **DISMISSED without prejudice** for failure to state a claim.  Petitioner is **GRANTED** leave to file an amended petition on the appropriate forms in compliance with this order within **THIRTY (30) DAYS** of entry of this order.  The Clerk is **DIRECTED** to provide Petitioner with a sufficient number of the appropriate forms.

**IT IS FURTHER ORDERED** that any amended petition filed by Petitioner that is not in strict compliance with this order shall be **STRICKEN**.

**IT IS FURTHER ORDERED** that, upon conclusion of the thirty-day period, should Petitioner fail to file an amended petition in compliance with this order, this case will be dismissed with prejudice for failure to comply with an order of this Court.  FED. R. CIV. P. 41(b); *see generally Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**

DATED:  09/19/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge